

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00085-CR

Ricardo O. **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 135229
Honorable Monica A. Gonzalez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 15, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle, Clerk